United States District Court
Southern District of Texas
**ENTERED**
January 13, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| v. | § § | Criminal No. 4-24-CR-608 |
| **JOEY LAMAR ELLIS** | § | **UNDER SEAL** |

## ORDER

On this day, the Court considered the United States' Motion to Designate the Case as Complex and for a Continuance under 18 U.S.C. § 3161(h)(7)(B)(i)(ii) & (iv), which constitutes excludable time under the Speedy Trial Act. After considering the Motion, any response, and any arguments of counsel, the Motion is **HEREBY GRANTED**.

Accordingly, **IT IS ORDERED** that the above-styled and numbered cause is certified as a complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) and the deadlines in any prior Scheduling Orders issued in this matter are continued.

A pretrial conference is hereby scheduled for May 12, 2025 at 9:30 a.m. and a jury trial scheduled for May 19, 2025 at 1:30 p.m.

Dated this 13th day of January, 2025.

_____
HONORABLE GEORGE C. HANKS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS