United States District Court
Southern District of Texas
**ENTERED**
October 08, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **v.** | § § | Criminal No. 4-24-CR-608 |
| **JOEY LAMAR ELLIS** | § | |

# ORDER

Having considered the parties' Joint Motion for a Continuance, the Motion is **HEREBY GRANTED**. The Court finds that the ends of justice served by granting a continuance outweigh the interest of the public, as well as the defendant, in a speedy trial. The Court also finds that pursuant to 18 U.S.C. § 3161, failure to grant a continuance would result in the miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation. It is **ORDERED** that a period of excludable delay shall commence from today, pursuant to 18 U.S.C. § 3161. The period of excludable delay shall end at commencement of trial or disposition of charges.

Accordingly, it is **ORDERED** that any deadlines in any prior Scheduling Orders issued in this matter are continued.

A status conference is hereby scheduled for January 14, 2026, at 11:30 a.m.

1

At that time the Court will decide whether to issue a scheduling order in this matter in preparation for trial or to schedule a further status conference.

Dated this  8th day of  October , 2025,

_George C. Hanks Jr_
HONORABLE GEORGE C. HANKS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS