UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | Criminal No. 4-24-CR-608 |
| | § | |
| **JOEY LAMAR ELLIS** | § | |

## UNITED STATES' MOTION TO CONTINUE

The United States of America through Nicholas J. Ganjei, United States Attorney, and Sharad S. Khandelwal, Eun Kate Suh, and Amanda Alum, Assistant United States Attorneys, respectfully moves that the Court continue the status hearing currently scheduled for on or about March 18, 2026, and reschedule it for May 20, 2026, or some other date the Court deems appropriate. The United States anticipates, at this time, that it will return a superseding indictment in this case on or before that date.

1.  On December 3, 2024, a federal grand jury returned an Indictment charging the Defendant with twenty counts, which range from federal civil rights violations to possession of a firearm during a crime of violence to obstruction of justice. That Indictment concerned eight separate victims who had dealt with the Defendant on at least nine separate events spanning over a period of time from

1

February to June 2024.  *See* Docket #1.

2. In sum, this Indictment alleges that the Defendant worked for the City of Houston as an urban park ranger and that he abused his authority by detaining people in various city parks at night, accusing them of committing crimes, and demanding they pay him money or else be arrested, have their car impounded, be thrown into jail, and be charged with felonies.  The Indictment further alleges that the Defendant pretended to be a police officer or its equivalent in these encounters, and that he would not allow his victims to leave until they paid him.  Furthermore, the Indictment charges that, on some of these encounters, the Defendant possessed and brandished a firearm that he was not supposed to have as part of his City of Houston job.  It also alleges that in some of these encounters, the Defendant physically assaulted his victims.  It further alleges that in some of these encounters, the Defendant sexually abused and assaulted his victims.

3. The Defendant was subsequently arrested and ordered detained pending trial following a detention hearing on December 12, 2024.  *See* Docket #7, 14.

4. On January 13, 2025, the Court granted the United States' unopposed motion to designate the case as complex and for a continuance.  *See* Docket #20. The Court granted the parties' joint motion for a continuance, and scheduled trial for August 11, 2025.  *See* Docket #26.  The Court then granted the parties' subsequent

joint motions for a continuance and has scheduled a status hearing for January 14, 2026. *See* Docket #39, 54.

5. The parties respectfully file this request for a continuance and request that the Court set this case for a status hearing on or about May 20, 2026, or some other date the Court deems appropriate, at which time the Court and the parties can consider the volume of discovery and the number of victims and set a reasonable trial schedule accordingly.

6. The grand jury continues to investigate this case. The United States has diligently investigated this case, but this case is unusually complex. Currently, the United States has identified approximately a total of forty victims who stretch out over a seven-month period. Each is being reviewed for inclusion into the superseding indictment. Furthermore, the United States continues to find new corroborating evidence as its investigation progresses.

7. Since the last time the parties filed for a continuance of the trial date, the United States has also embarked on several additional lines of investigation that need additional time to develop.

8. Furthermore, discovery in this case has already proven to be voluminous. With additional victims and corroborating evidence still being identified, however, that discovery is only expected to grow larger and to become

more complex.  Additional time is needed to allow this investigation to come to its natural conclusion, and for the Defendant to receive and review discovery.

9. At the time this motion was filed, the United States is hoping to issue a superseding indictment on or before May 20, 2026.  Accordingly, the United States requests that the Court schedule a status hearing date on or about May 20, 2026, or some other date the Court deems appropriate, considering the matters stated herein.

10. The parties have conferred about this motion, and the Defendant opposes this motion.

                Respectfully submitted,

                NICHOLAS J. GANJEI
                United States Attorney

      By: /*s/ Sharad S. Khandelwal*
                SHARAD S. KHANDELWAL
                EUN KATE SUH
                AMANDA ALUM
                Assistant United States Attorneys
                U.S. Attorney's Office, S.D. Texas
                Tel: (713) 567-9000

## Certificate of Service

I certify that, on the date this was filed with the Court, a copy of the foregoing was provided to counsel for defendant via ECF and/or e-mail.

*/s/ Sharad S. Khandelwal*
SHARAD S. KHANDELWAL
Assistant U.S. Attorney

## Certificate of Conference

I certify that undersigned counsel for the United States spoke to counsel for the Defendant, who opposes this motion.

*/s/ Sharad S. Khandelwal*
SHARAD S. KHANDELWAL
Assistant U.S. Attorney