IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                                          Cr. No.:  H-24-608

JOEY LAMAR ELLIS

## DEFENDANT JOEY LAMAR ELLIS' OPPOSITION TO GOVERNMENT MOTION TO CONTINUE

The Defendant, Joey Lamar Ellis ("Mr. Ellis" or "Defendant") through his attorney, respectfully files his opposition to the Government's request and asks this Court to deny the Government's latest motion (Dkt. 60) to continue the status conference and shows as follows:

The United States seeks to move the status hearing in this case for two months for an unjustified reason under the Speedy Trial Act.  Throughout the course of this case, defendant has been amenable to continuances based on the representations of the U.S. Attorney's Office that more charges and witnesses would be coming forth, coupled with voluminous discovery demands and the case's complexity.

The purpose of the status conference is so that the parties can in fact "consider the volume of discovery and the number of victims and set a reasonable trial schedule."  A two-month delay is not needed nor necessary in setting a schedule to accomplish those goals.  Further, Defendant is being detained and has no way of

knowing if and when discovery will be produced nor if there will be additional charges. To date, Defendant has been in custody 15 months without any movement on the case. Due to the complexity of the case and the Government's assertions, it is anticipated that discovery review will necessitate further delays of trial in an effort to review discovery with Defendant.

The stated bases for the Government's request should not inhibit the Defendant from proceeding with setting deadlines via scheduling conference. The Government's only efforts in prosecuting the charges against Defendant have been a request to invade Defendant's Constitutional Rights by compelling STD testing. Said testing, indeed was a fishing expedition, which yielded no positive results. No other action has happened.

Therefore, Government's stated reasons for continuing the status conference do not amount to a justified reason to reschedule the conference two months. The Court should consider keeping the status conference date as scheduled as the ends of justice would not be met. 18 U.S.C. § 3161(h)(7)(C). "No continuance under subparagraph (A) of this paragraph shall be granted because of … [a] lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government."

The defendant respectfully submits that the best interests of justice would served by denying the Government's motion to continue the status conference.

Respectfully submitted,

By /s/ Darryl E. Austin

DARRYL E. AUSTIN
New Jersey State Bar ID No. 023352008
Southern District of Texas No. 2659614
Attorneys for Defendant
darryl_austin1@yahoo.com

Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on March 11, 2026, a copy of the foregoing was served by Notification of Electronic Filing and will be delivered by email to the office of Assistant United States Attorney.

Case 4:24-cr-00608    Document 61    Filed 03/11/26 in TXSD    Page 4 of 4